might find that plaintiff slipped on the sidewalk. There was no testimony to support such a finding of fact. The error was substantial. In addition the verdict was against the weight of the evidence. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.

MEYER MOTLIN, as Secretary-Treasurer of the International Ladies' Handbag, Pocketbook and Novelty Workers' Union, etc., Appellant, v. EMES IDEAL LEATHER BELT Co., INC., and MORRIS SEIFERT, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.

AMDYCO CORPORATION, Respondent, v. NATIONAL FOAM SYSTEM, INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment, to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Property Owners Legally Entitled to Damages Caused by the Closing of Old Third Avenue (Formerly Old Fordham Avenue) in Blocks 2920, 2921, 2922, 2923 and 2924, in the Borough of the Bronx, City of New York. JOHN L. ARMSTRONG, as Executor, etc., of JOHN ARMSTRONG, Deceased, Appellant; THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with costs and disbu sements to the respondent, without prejudice to the cross-appeal of the city subsequently to be perfected. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

SAMUEL STOCKHAMMER, Appellant, v. BERDY's DAIRY COMPANY, INc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of HORNE EQUIPMENT CORPORATION (a Domestic Corporation), Petitioner, Appellant, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent, to Review His Determination Denying Petitioner's Application for Refund under Section 10 of Local Law No. 20 (Published as No. 21) of The City of New York for Year 1934, as Amended.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ. [168 Misc. 59.]

IDA LEVIN, Respondent, Appellant, v. THE CITY OF NEW YORK, Appellant, and NEW YORK CENTRAL RAILROAD COMPANY, Respondent. — Determination unanimously affirmed, with costs and disbursements to the plaintiff against The City of New York, and with costs and disbursements to the defendant The New York Central Railroad Company, against the plaintiff. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

TANAGER CONSTRUCTION CORPORATION, Appellant, v. UNITED ELECTRIC LIGHT & POWER COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon and Callahan, JJ.

JOSEPH A. BURDEAU, Appellant, v. LOBART REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

MALCOLM PAPAZIAN, Appellant, v. DAILY MIRROR, INC., Respondent.— Judgment unanimously affirmed with costs. No opinion. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.